UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
:
UNITED STATES OF AMERICA,          :     20-mag-8456
:
-against-                  :     **ORDER**
:
MICHAEL BRYANT,                    :
:     20 CRIM 404
Defendant.             :
:
:
------------------------------------------------------------x

**ONA T. WANG, United States Magistrate Judge:**

This case was commenced by a misdemeanor information and should be randomly assigned to a Magistrate Judge. Accordingly, the case will be assigned today to a Magistrate Judge from an envelope drawn from the Magistrate Judge wheel in Courtroom 5-A.

**SO ORDERED.**

Dated: August 12, 2020
New York, New York

**Ona T. Wang**
United States Magistrate Judge