**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X

**THE UNITED STATES OF AMERICA,**

-against-

**MICHAEL BRYANT,**

                                    **Defendant.**

-----------------------------------------------------------------X

**20-CR-00404 (SN) -1**

**ORDER**

```
┌─────────────────────────────────┐
│ USDC SDNY                        │
│ DOCUMENT                         │
│ ELECTRONICALLY FILED             │
│ DOC #: _____                 │
│ DATE FILED: __  8/31/2020        │
└─────────────────────────────────┘
```

**SARAH NETBURN, United States Magistrate Judge**:

        IT IS HEREBY ORDERED that the initial conference in this case is scheduled for

Friday, September 4, 2020, at 9:00 a.m. and will be held by videoconference. Dial-in information

will be distributed by email to counsel. The public may access the audio feed of the conference

by calling (855) 268-7844 and using access code 67812309#, and PIN 9921299#.

**SO ORDERED**.

_____
SARAH NETBURN
United States Magistrate Judge

DATED:        August 31, 2020
              New York, New York