UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

THE UNITED STATES OF AMERICA,

    -against-

MICHAEL BRYANT,

              Defendant.

------------------------------------------------------------------X

20-CR-00404 (SN) -1

**ORDER**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 09/04/2020

**SARAH NETBURN, United States Magistrate Judge**:

    IT IS HEREBY ORDERED that a status conference in this case is scheduled for Monday, October 5, 2020, at 11:00 a.m. and will be held by videoconference. Dial-in information will be distributed by email to counsel. The public may access the audio feed of the conference by calling (855) 268-7844 and using access code 67812309#, and PIN 9921299#.

**SO ORDERED**.

_____
SARAH NETBURN
United States Magistrate Judge

DATED:    September 4, 2020
               New York, New York