UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X

UNITED STATES OF AMERICA,

              -against-

Michael Bryant

                                    Defendant(s).
-------------------------------------------------------------------X

**CONSENT TO PROCEED BY VIDEO OR TELE CONFERENCE**

20 -CR- 404 ( SN )

Defendant __Michael Bryant__ hereby voluntarily consents to participate in the following proceeding via _x_ videoconferencing or _x_ teleconferencing:

___ Initial Appearance Before a Judicial Officer

___ Arraignment (Note: If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

_X_ Bail/Detention Hearing

_X_ Conference Before a Judicial Officer

_AW pp Michael Bryant_
Defendant's Signature
(Judge may obtain verbal consent on Record and Sign for Defendant)

**Michael Bryant**
Print Defendant's Name

_Ariel Werner_
Defendant's Counsel's Signature

**Ariel Werner**
Print Counsel's Name

This proceeding was conducted by reliable video or telephone conferencing technology.

September 4, 2020
_____
Date

_____
U.S. District Judge/U.S. Magistrate Judge