UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

THE UNITED STATES OF AMERICA,

    -against-

MICHAEL BRYANT,

             **Defendant.**

-------------------------------------------------------------X

20-CR-00404 (SN) -1

**ORDER**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 10/01/2020

**SARAH NETBURN, United States Magistrate Judge**:

    IT IS HEREBY ORDERED that the status conference in this case currently scheduled for Monday, October 5, 2020, at 11:00 a.m. is RESCHEDULED for Friday, October 9, 2020, at 10:30 a.m., and will be held by telephone. At the time of the conference, the parties should dial in to the Court's dedicated conference line at (877) 402-9757, and enter Access Code 7938632, followed by the pound (#) key.

**SO ORDERED**.

_____
SARAH NETBURN
United States Magistrate Judge

DATED:    October 1, 2020
               New York, New York