UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

UNITED STATES OF AMERICA,

              -against-

Michael Bryant

                                Defendant(s).

------------------------------------------------------------------X

**CONSENT TO PROCEED BY VIDEO OR TELE CONFERENCE**

20 -CR- 404   ( SN )

Defendant _Michael Bryant_____ hereby voluntarily consents to participate in the following proceeding via ☑ videoconferencing or ☑ teleconferencing:

☐ Initial Appearance Before a Judicial Officer

☐ Arraignment (Note: If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

☐ Bail/Detention Hearing

☑ Conference Before a Judicial Officer

_Michael Bryant_____
Defendant's Signature
(Judge may obtain verbal consent on
Record and Sign for Defendant)

Michael Bryant
_____
Print Defendant's Name

_Ariel Werner_____
Defendant's Counsel's Signature

Ariel Werner
_____
Print Counsel's Name

This proceeding was conducted by reliable video or telephone conferencing technology.

10/9/2020
_____
Date

_____
U.S. District Judge/U.S. Magistrate Judge