UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

THE UNITED STATES OF AMERICA,

    -against-                                     20-CR-00404 (SN) -1

MICHAEL BRYANT,                               **ORDER**

        **Defendant.**

-------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge**:

    IT IS HEREBY ORDERED that a plea allocution is scheduled for Monday, October 26, 2020, at 12:00 p.m., and will be held by telephone. At the time of the conference, the parties should dial in to the Court's dedicated conference line at (877) 402-9757, and enter Access Code 7938632, followed by the pound (#) key.

**SO ORDERED**.

_____
SARAH NETBURN
United States Magistrate Judge

DATED:     October 21, 2020
                New York, New York

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/21/2020