UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X

THE UNITED STATES OF AMERICA,

           -against-                            20-CR-00404 (SN) -1

MICHAEL BRYANT,                            **ORDER**

              Defendant.

-------------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge**:

     IT IS HEREBY ORDERED that a sentencing is scheduled in this case for Wednesday, December 23, 2020, at 9:00 a.m. and will be held by videoconference. Co-counsel, members of the press, and the public may access the audio feed of the conference by calling 855-268-7844 and using access code 32091812# and PIN 9921299#. In advance of the conference, Chambers will email the parties with further information on how to access the conference.

**SO ORDERED**.

_____
SARAH NETBURN
United States Magistrate Judge

DATED:    December 15, 2020
               New York, New York

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/15/2020